ACCEPTED
06-15-00124-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/3/2015 4:58:49 PM
DEBBIE AUTREY
CLERK

CAUSE NO. 06-15-00124-CR

| | | | |
|---|---|---|---|
| LARRY JOE JONES | § | IN THE SIXTH | |
| | § | | FILED IN<br>6th COURT OF APPEALS |
| V. | § | COURT OF APPEALS | TEXARKANA, TEXAS<br>12/4/2015 8:37:00 AM |
| | § | | |
| STATE OF TEXAS | § | OF THE STATE OF TEXAS | DEBBIE AUTREY<br>Clerk |

## MOTION TO EXTEND DEADLINE FOR FILING APPELLANT'S BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, Larry Joe Jones, the Appellant, in the above styled and numbered cause, and files this motion for an extension to December 3, 2015, to file the appellate brief. In support of this motion, appellant shows the following:

I.

The appellant was tried for the offense of Evading Arrest, in Brazos County, Texas, under Cause Number 14-02769-CRF-85. At the conclusion of the trial, the jury found the appellant guilty, and he was sentenced to seventy-five years in the Texas Department of Criminal Justice on May 5, 2015. A timely notice of appeal was filed in this case. The appellant's brief was due November 30, 2015.

II.

The reason for the extension of the deadline to file the appellant's brief is based on the following:

Appellant's counsel received notice that the prior motion to extend deadline was granted until November 30, 2015. However, when counsel entered that onto his calendar,

he entered it erroneously as December 30, 2015. After being notified by the clerk of this court of his error on December 2, counsel moved his court settings to allow him to finish the brief in as timely a manner as possible, and has completed the brief on December 3, 2015. Appellant's counsel hopes and prays the court will not hold his calendaring error against the Appellant, and grant this short extension for the filing of the brief.

For these reasons, counsel moves that the deadline for the brief be extended until December 3, 2015.

RESPECTFULLY SUBMITTED,

/s/ David W. Crawford
David W. Crawford
State Bar No. 24031601
P.O. Box 1510
Austin, Texas 77806
Telephone (979) 575-9871
Telefacsimile (512) 237-7792
Email: dcrawford@crawfordcruz.com
Attorney for Appellant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument

has been furnished to the Attorney for the State presently assigned to this case, via fax.

Date: December 3, 2015

<u>/s/ David W. Crawford</u>
Attorney for Appellant

CAUSE NO. 06-15-00124-CR

| | | |
|---|---|---|
| LARRY JOE JONES | § | IN THE SIXTH |
| | § | |
| V. | § | COURT OF APPEALS |
| | § | |
| STATE OF TEXAS | § | OF THE STATE OF TEXAS |

**ORDER**

On this day of _____, 201___, came to be heard Appellant's Motion for Extension of Time to File Appellant's Brief, and it appears to the court that this motion should be:

_____            GRANTED

_____            DENIED

IT IS THEREFORE ORDERED that the time for filing the appellant's brief in Cause No. 06-15-00124-CR _____ be extended to _____, 201__.

SIGNED and ENTERED this __ day of _____, 201__.

_____

JUDGE PRESIDING